IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )      2:12cr104-MHT
PAUL HULSE, SR.,              )          (WO)
STEVEN P. MOCK, and           )
FRANK J. TEERS                )
```

ORDER

Because of the complexity of the sentencing issues that might be presented, it is ORDERED that the briefing should instead be as follows as to all three defendants:

(1) The government is to file its briefs for each defendant by September 23, 2013.

(2)  Each defendant is to file his brief by September 26, 2013.

(3) The government is to file its replies by October 1, 2013.  Also each defendant may file a cross-response to another defendant's brief by October 1, 2013.

DONE, this the 10th day of July, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE