IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| PAUL HULSE, SR., | ) | (WO) |
| STEVEN P. MOCK, and | ) | |
| FRANK J. TEERS | ) | |

ORDER

Based on the representations made on the record on September 13, 2013, it is ORDERED as follows:

(1) The government's motion to continue (doc. no. 311) is granted.

(2) Sentencing for all three defendants, now set for October 9, 2013, is reset for November 25, 2013, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) The government is to file its brief for each defendant by October 28, 2013.  Each defendant is to file his brief by November 12 2013.  The government is to file

its replies by November 18, 2013.  Also each defendant may file a cross-response to another defendant's brief by November 18, 2013.

    DONE, this the 16th day of September, 2013.


                                             /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**