IN TH DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr104-MHT |
| PAUL HULSE, SR. | ) | (WO) |

OPINION AND ORDER

On January 2, 2014, the court held an on-the-record telephone conference to discuss defendant Paul Hulse, Sr.'s motion to postpone his surrender date for several months due to treatment for his long-term medical needs.  During that conference, the court also learned that Hulse was then experiencing flu-like symptoms.  The motion to postpone because of Hulse's long-term needs was denied, but the court invited Hulse to provide documentation from a doctor that he had the flu or another infection that would justify postponing his surrender date, albeit for only a matter of days.

Hulse subsequently filed two additional motions to postpone his surrender date.  In the motions, he informed

the court that his doctor was unable to provide documentation as promptly as needed.  Because all the third motion did was to clarify the second, court is treating both motions as one request.  However, because Hulse's request is ambiguous as to whether he seeks to provide one or two types of documentation, the court is treating his request as seeking to provide the following two types of documentation: first, supplemental documentation in support of his argument that his long-term medical needs warrant delaying his surrender date for several months; and, second, documentation that, as of last week, he had the flu or was suffering from flu-like symptoms.

As to the first, the court did not invite further documentation as to this issue; the court has already denied his request to delay his surrender for several months.  That issue is now resolved, and no further documentation is warranted.  As to the second, the court will give Hulse the benefit of the doubt, and the court now assumes that, as of last week, he did, indeed, have the flu

2

or was suffering from flu-like symptoms. With this assumption, the court no longer needs documentation as to this issue. The court will therefore grant Hulse's request to delay his surrender, albeit for only two days (from January 6 to January 8, 2014), and with the understanding that the reason behind the delay is not so that he can provide further documentation but rather so that he will be in better physical shape to surrender to the Bureau of Prisons.

***

Therefore, it is ORDERED that defendant Paul Hulse Sr.'s motions to postpone surrender date (doc. nos. 418 & 419) are granted to the extent that defendant Hulse shall surrender for service of sentence on or before 2:00 p.m. on January 8, 2014. There is no longer any need for defendant Hulse to provide documentation.

DONE, this the 6th day of January, 2014.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**